**96–2799.  State v. Cummings.**

Cuyahoga App. No. 69966.  On motion for leave to file delayed appeal.  Motion granted.
  Douglas and F.E. Sweeney, JJ., dissent.

**96–2800.  State v. Ledbetter.**

Greene App. No. 95CA04.  On motion for leave to file delayed appeal.  Motion granted.
  F.E. Sweeney, J., dissents.

**96–2801.  State v. Bagley.**

Franklin App. Nos. 96APA04–554 and 96APA05–614.  On motion for leave to file delayed appeal.
Motion granted.
  Douglas and F.E. Sweeney, JJ., dissent.

**96–2839.  State v. Towns.**

Franklin App. No. 95APA11–1496.  On motion for leave to file delayed appeal.  Motion denied.
  Resnick, Pfeifer and Lundberg Stratton, JJ., dissent.

**96–2840.  State v. Watson.**

Summit App. No. 17641.  On motion for leave to file delayed appeal.  Motion denied.
  Resnick and Pfeifer, JJ., dissent.

**96–2855.  State v. Perkins.**

Jackson App. No. 96CA792.  On motion for leave to file delayed appeal.  Motion granted.
  Douglas, F.E. Sweeney and Lundberg Stratton, JJ., dissent.

**96–2888.  State v. Parsons.**

Greene App. No. 96CA20.  On motion for leave to file delayed appeal.  Motion granted.
  F.E. Sweeney, J., dissents.

**97–6.  State v. Rooney.**

Butler App. No. CA96–01–020.  On review of order certifying a conflict.  The court determines that a
conflict exists; the parties are to brief the issues stated in the court of appeals' Decision and Entry
Denying Motion for Reconsideration and Granting Motion for Certification, filed December 3, 1996:

  "[W]e find that our decision in *Rooney* is in conflict with [*State v.* ] *Adams* [ (1992), 73 Ohio App.3d
735, 598 N.E.2d 176].  Therefore, the state's motion for certification is hereby GRANTED.  The
questions for certification are as follows: ·

  "1.  Whether the state must perform separate RFI surveys on the HF, VHF, and UHF radio
bands in order to substantially comply with Ohio Adm.Code 3701–53–02(C).

  "2.  Whether the defendant must demonstrate that RFI was actually present and affected the
reliability of his breath test before the results of the breath test may be suppressed because of the
state's failure to substantially comply with Ohio Adm.Code 3701–53–02(C).

  "IT IS SO ORDERED."

  Pfeifer, J., dissents.

*Sua sponte,* cause consolidated with 96–2499, *infra.*

**97–11.  Smith v. Ohio Dept. of Human Serv.**

Clermont App. No. CA96–05–045.  On motion for stay.  Motion denied.

**97–14.  J.A. Croson Co. v. J.A. Guy, Inc.**

Pickaway App. No. 95CA10.  On review of order certifying a conflict.  The court determines that a
conflict exists; the parties are to brief the following issue:

  "Whether federal labor law preempts a claim that a union employer's deduction of union dues for a
union 'Industry Advancement' or 'job targeting' fund violates Ohio's Prevailing Wage Law, R.C.
4115.01 *et seq.,* and state regulations adopted thereunder."

**97–70.  Kniess v. Bob Roark Floor Coverings.**

Miami App. No. 96CA23.  On motion for stay of court of appeals' judgment.  Motion granted.
  Pfeifer, J., dissents.